IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOE CHAMPS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil No. **09-379-MJR-CJP** |
| **Dr. MARVIN POWERS, and** | ) | |
| **TERRY CALIPER**, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Strike Defendant Caliper's Second Motion for Summary Judgment.  **(Doc. 84)**.

Plaintiff asks the Court to strike defendant Caliper's second motion for summary judgment because, according to plaintiff, it is untimely.  However, plaintiff overlooks the fact that the deadline for filing dispositive motions was extended to July 30, 2010.  **See, Doc. 60**. Defendant's motion, **Doc. 70**, was filed on July 26, 2010, and is timely.

Plaintiff's Motion to Strike Defendant Caliper's Second Motion for Summary Judgment **(Doc. 84)** is **DENIED**.

IT IS SO ORDERED.

DATE:  August 16, 2010.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**